1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOPAL SINGH, | No. C 07-3201 PJH |
| Petitioner, | |
| v. | **STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; NANCY ALCANTAR, Field Director of Detention and Removal of Immigration and Custom Enforcement, | |
| Respondents. | |

On June 18, 2007, Petitioner filed a petition for a writ of habeas corpus. Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule:

Respondents' Opposition to Habeas Petition due:    August 8, 2007

Petitioner's Reply:    August 15, 2007

Hearing:    August 29, 2007, at 9:00 a.m.

///

///

Stip to Briefing Schedule
C-07-3201 PJH

| | |
|---|---|
| Dated: July 17, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>_____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: July 17, 2007 | _____/s/_____<br>ROBERT VOLZ<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

| | |
|---|---|
| Date: | _____<br>PHYLLIS J. HAMILTON<br>United States District Judge |

Stip to Briefing Schedule
C-07-3201 PJH