1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 GOPAL SINGH,                        )
                                       ) No. C 07-3201 PJH
13                 Petitioner,         )
                                       )
14        v.                           ) **STIPULATION TO A BRIEFING**
                                       ) **SCHEDULE; AND [PROPOSED] ORDER**
15 ALBERTO GONZALES, Attorney General  )
   of the United States; MICHAEL CHERTOFF, )
16 Secretary of the Department of Homeland )
   Security; NANCY ALCANTAR, Field Director )
17 of Detention and Removal of Immigration and )
   Custom Enforcement,                 )
18                                     )
                   Respondents.        )
19 _____   )

20     On June 18, 2007, Petitioner filed a petition for a writ of habeas corpus.  Petitioner, by and

21 through his attorney of record, and Respondents, by and through their attorneys of record, hereby

22 stipulate, subject to the approval of the Court, to the following briefing schedule:

23     Respondents' Opposition to Habeas Petition due:    August 8, 2007

24     Petitioner's Reply:                               August 15, 2007

25     ~~Hearing:                                        August 29, 2007, at 9:00 a.m~~.

26 ///

27 ///

28

Stip to Briefing Schedule
C-07-3201 PJH

1 | Dated: July 17, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

          /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

8 | Date: July 17, 2007

          /s/
ROBERT VOLZ
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/24/07

PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip to Briefing Schedule
C-07-3201 PJH