1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 GOPAL SINGH,                               )
                                              ) No. C 07-3201 PJH
13            Petitioner,            )
                                              )
14       v.                               ) **SECOND STIPULATION TO A**
                                              ) **BRIEFING SCHEDULE; AND**
15 ALBERTO GONZALES, Attorney General         ) **[PROPOSED] ORDER**
   of the United States; MICHAEL CHERTOFF,    )
16 Secretary of the Department of Homeland    )
   Security; NANCY ALCANTAR, Field Director   )
17 of Detention and Removal of Immigration and)
   Custom Enforcement,                        )
18                                            )
              Respondents.           )
19 _____ )

20     Petitioner has ongoing administrative proceedings which may affect the outcome of this case.

21 Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule

23 to allow Petitioner to pursue an administrative appeal with the Administrative Appeals Office of

24 the United States Citizenship and Immigration Services:

25     Respondents' Opposition to Habeas Petition due:    September 12, 2097

26     Petitioner's Reply:    September 19, 2007

27     Hearing:    October 3, 2007, at 9:00 a.m.

28 ///

Stip to Briefing Schedule
C-07-3201 PJH                1

| | | |
|---|---|---|
| 1 | Dated: August 2, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |

Dated: August 2, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                          /s/
                                         ─────────────
                                         ILA C. DEISS
                                         Assistant United States Attorney
                                         Attorneys for Respondents

Date: August 3, 2007                     /s/
                                         ─────────────
                                         ROBERT VOLZ
                                         Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: ─────────────
                                         ─────────────
                                         PHYLLIS J. HAMILTON
                                         United States Magistrate Judge