1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 |
Attorneys for Respondents
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | GOPAL SINGH,                            )
                                            ) No. C 07-3201 PJH
13 |         Petitioner,                    )
                                            )
14 |    v.                                  ) **SECOND STIPULATION TO A**
                                            ) **BRIEFING SCHEDULE; AND**
15 | ALBERTO GONZALES, Attorney General     ) **[PROPOSED] ORDER**
    of the United States; MICHAEL CHERTOFF, )
16 | Secretary of the Department of Homeland)
    Security; NANCY ALCANTAR, Field Director)
17 | of Detention and Removal of Immigration and )
    Custom Enforcement,                     )
18 |                                        )
            Respondents.                    )
19 | _____)

20 |    Petitioner has ongoing administrative proceedings which may affect the outcome of this case.

21 | Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys

22 | of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule

23 | to allow Petitioner to pursue an administrative appeal with the Administrative Appeals Office of

24 | the United States Citizenship and Immigration Services:

25 |    Respondents' Opposition to Habeas Petition due:        September 12, 2097

26 |    Petitioner's Reply:                                    September 19, 2007

27 |    ~~Hearing:~~                                           ~~October 3, 2007, at 9:00 a.m.~~

28 | ///

Stip to Briefing Schedule
C-07-3201 PJH                          1

1 | Dated: August 2, 2007 | Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                    /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

Date: August 3, 2007

                    /s/
ROBERT VOLZ
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   8/7/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stip to Briefing Schedule
C-07-3201 PJH                              2