1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  GOPAL SINGH,                          )
                                          )   No. C 07-3201 PJH
13                   Petitioner,          )
                                          )
14          v.                            )   **STIPULATION TO DISMISS; AND**
                                          )   **[PROPOSED] ORDER**
15  ALBERTO GONZALES, Attorney General    )
    of the United States; MICHAEL CHERTOFF, )
16  Secretary of the Department of Homeland )
    Security; NANCY ALCANTAR, Field Director )
17  of Detention and Removal of Immigration and )
    Custom Enforcement,                   )
18                                        )
                     Respondents.         )
19  _____ )

20

21      Petitioner, by and through his attorney of record, and Respondents, by and through their

22  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of this

23  action because Petitioner no longer wish to pursue this litigation.

24      Each of the parties shall bear their own costs and fees.

25  ///

26  ///

27

28

   Stip to Dismiss
   C-07-3201 PJH

1   Dated: September 21, 2007                          Respectfully submitted,

2                                                       SCOTT N. SCHOOLS
                                                        United States Attorney
3

4                                                   _____/s/_____
                                                        ILA C. DEISS
5                                                       Assistant United States Attorney
                                                        Attorneys for Respondents
6

7

8   Date: September 21, 2007                        _____/s/_____
                                                        ROBERT VOLZ
9                                                       Attorney for Petitioner

10

11
                                                    **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13

14

15  Date:                                           _____
                                                        PHYLLIS J. HAMILTON
16                                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stip to Dismiss
C-07-3201 PJH