```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOPAL SINGH, | ) |
| | ) No. C 07-3201 PJH |
| Petitioner, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| ALBERTO GONZALES, Attorney General | ) |
| of the United States; MICHAEL CHERTOFF, | ) |
| Secretary of the Department of Homeland | ) |
| Security; NANCY ALCANTAR, Field Director | ) |
| of Detention and Removal of Immigration and | ) |
| Custom Enforcement, | ) |
| | ) |
| Respondents. | ) |

   Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of this action because Petitioner no longer wish to pursue this litigation.

   Each of the parties shall bear their own costs and fees.

///

///

Stip to Dismiss
C-07-3201 PJH

| | | |
|---|---|---|
| 1 | Dated: September 21, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Respondents |
| 8 | Date: September 21, 2007 | _____/s/_____<br>ROBERT VOLZ |
| 9 | | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/24/07

PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Stip to Dismiss
C-07-3201 PJH